1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| | |
|---|---|
| AUDEL CARDENS DBA ANDECOR, a sole proprietorship, and AUDEL CARDENS DBA CILANTRO OFF PRICE, a sole proprietorship, | Case No. 5:19-cv-00521-TJH (SPx) |
| | Hon. Terry J. Hatter, Jr. Courtroom |
| Plaintiffs, | [State Court Case No. PSC 1806819 Riverside County, filed 11/6/2018] |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE  [JS-6]** |
| LIBERTY MUTUAL INSURANCE, and DOES 1 to10, Inclusive, | **(F.R.C.P. 41(a)(1)(A)(ii))** |
| Defendants. | |
| | FSC Date:      06/15/2020 Trial Date:     None Set |

25          Pursuant to the Stipulation by and between the parties, this case be dismissed

26  in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules

27  of Civil Procedure.

28

IT IS HEREBY ORDERED that this action is dismissed with prejudice. All parties are to bear their own fees and costs.

Dated:  DEC. 20, 2019

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE